IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CARLA SEHBANI**<br>1421 Columbia Rd. NW<br>Washington, D.C. 20009<br>　　　　　　**Plaintiff,**<br>　vs.<br><br>**LESLIE MONIQUE MACK**<br>2011 Oliver Street<br>Hyattsville, MD 20782<br><br>　　and<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001<br><br>　　and<br><br>**MICHELLE GOMEZ**<br>66 Rycroft Ave.<br>New Carrolton, MD 20784<br><br>　　　　　　**Defendants.** | **Civil Action No.** |

## NOTICE OF REMOVAL BY DEFENDANT
## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")

To the Judges of the United States District Court for the District of Maryland:

1. On or about January 20, 2021, Plaintiff filed this action in the District Court of Maryland for Prince George's County, in the case titled <u>Carla Sehbani v. Leslie Monique Mack et al.</u>, Case No. 0502 0001776 2021.

2. A Writ of Summons, Complaint, and Notice of Intention to Introduce Medical Records was served on WMATA on February 24, 2022. *See* Exhibit A.

3. The attached documents constitute the only process, pleadings, or orders received by the Defendant WMATA in this case.

4. This case is a civil action over which the Court has original jurisdiction, pursuant to MD CODE ANN, Transportation Article, §10-204(81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the District Court of Maryland for Prince George's County be removed to this Court.

Date: March 21, 2022

        Respectfully submitted,

        WASHINGTON METROPOLITAN AREA
        TRANSIT AUTHORITY
        By counsel

        By: */s/ Donna L. Gaffney*
            Donna L. Gaffney, #16299
            Office of the General Counsel
            600 Fifth Street, N.W.
            Washington, D.C. 20001
            202.962.2721
            202.962.2550 (fax)
            dlgaffney@wmata.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 21, 2022, a copy of the foregoing **Notice of Removal** was mailed and emailed to:

>Guy Saint Pol Maydieu, Esq.
>Portner & Shure, P.A.
>7226 Lee Deforest Drive, Suite 101
>Columbia, MD 21046
>gspm@portnerandshure.com
>*Attorney for Plaintiff*

and was mailed to:

>Leslie Monique Mack
>2011 Oliver Street
>Hyattsville, MD 20782
>*Defendant*

and

>Michelle Gomez
>66 Rycroft Ave.
>New Carrolton, MD 20784
>*Defendant*

>*/s/ Donna L. Gaffney*
>Donna L. Gaffney