Rec'd 2-24-22 In Person ⓛ   **EXHIBIT A**



# DISTRICT COURT OF MARYLAND for Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

## WRIT OF SUMMONS

Defendant: **OFFICE OF THE GENERAL COUNSEL**
Serve On : OFFICE OF THE GENERAL COUNSEL
Address : 600 5TH STREET, NW, 2ND FL
WASHINGTON, DC 20001

Date Filed : Jan 20, 2021
Issue Date : Feb 14, 2022
Case Number : 050200017762021
Complaint No. : 003

| | |
|---|---|
| Trial Date | : Jun 2, 2022 |
| Trial Time | : 01:15 pm |
| Trial Room | : 357B |

You are summoned to appear for trial at the date, time and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within sixty days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY Mar 16, 2022    Robert Prender, Administrative Clerk / 5BS**

To Private Process Server :
You are hereby commanded to serve this writ of summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten (10) days following the termination of the validity of the process.

I certify that:
☐ I served a summons by delivery of the complaint and all supporting papers to _____
on date ___ /___ / 20 _____ time _____ at location _____
The person I left the papers with acknowledged being: (1) A resident of above listed address; (2) 18 years of age or older; (3) of suitable discretion in that relationship to the defendant is _____
and that; (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I concluded that individual served is of suitable age discretion are: _____
The cost of service is $ _____

Description of the Defendant / Person Served : Race _____ Sex _____ Height _____ Weight _____ Age _____
☐ I was unable to serve because _____
Attempt: _____ Attempt: _____ Attempt: _____ Attempt: _____

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Print Name of Process Server                Complete Address of Process Server
Date : ___ / ___ / 20 _____   Signature : _____   Phone No. _____

CUT HERE ----------------------------------------------- CUT HERE

## NOTICE OF INTENTION TO DEFEND

Defendant : OFFICE OF THE GENERAL COUNSEL            Case # 050200017762021
Trial Date : Jun 2, 2022                             Complaint # 003

NOTICE: **If you contest all or part of the claim,** complete this Notice of Intention to Defend and file it with the court listed at the top of this summons no later than 60 days after you receive this summons. You may request a remote hearing. For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.

**ATTENTION CORPORATIONS & LLCs:** this notice must be filed by an attorney, and you must be represented at trial by an attorney. EXCEPTION: where the amount claimed doesn't exceed $5,000.00, corporations may be represented by an officer; LLCs may be represented by a member. Both may be represented by a properly designated employee. See Maryland Annotated Code, Business Occupations and Professions, § 10-206(b)(4) for details.

**To request a foreign language interpreter or a reasonable accommodation under the ADA, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.**

**SEE ATTACHED NOTICE FOR IMPORTANT INFORMATION**

I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.
Brief Explanation of defense : _____

___/___/ 20 _____    _____    (_____) _____    (_____) _____
Date                 Signature                  Work Phone                        Home Phone

Address/City/State/Zip code

Fax number       e-Mail Address
☐ Check this box if this is a new address

Case Num.  050200017762021



# DISTRICT COURT OF MARYLAND for Prince George's County

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

## WRIT OF SUMMONS

Defendant: **OFFICE OF THE GENERAL COUNSEL**
Serve On : OFFICE OF THE GENERAL COUNSEL
Address : 600 5TH STREET, NW, 2ND FL
WASHINGTON, DC 20001

Date Filed : Jan 20, 2021
Issue Date : Feb 14, 2022
Case Number : 050200017762021
Complaint No. : 003

| | |
|---|---|
| **Trial Date** | **: Jun 2, 2022** |
| **Trial Time** | **: 01:15 pm** |
| **Trial Room** | **: 357B** |

You are summoned to appear for trial at the date, time and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within sixty days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY Mar 16, 2022**       **Robert Prender, Administrative Clerk / 5BS**

To Private Process Server :
You are hereby commanded to serve this writ of summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten (10) days following the termination of the validity of the process.

I certify that:
☐ I served a summons by delivery of the complaint and all supporting papers to _____
on date ___/___/ 20 ____ time _____ at location _____
The person I left the papers with acknowledged being: (1) A resident of above listed address; (2) 18 years of age or older; (3) of suitable discretion in that relationship to the defendant is _____
and that; (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I concluded that individual served is of suitable age discretion are: _____
_____ The cost of service is $ _____

Description of the Defendant / Person Served : Race _____ Sex _____ Height _____ Weight _____ Age _____
☐ I was unable to serve because _____
Attempt: _____ Attempt: _____ Attempt: _____ Attempt: _____

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

_____                                    _____
Print Name of Process Server                                 Complete Address of Process Server

Date : ___/___/ 20 ____  Signature : _____  Phone No. _____

CUT HERE -------------------------------------------------------------------------------- CUT HERE

## NOTICE OF INTENTION TO DEFEND

Defendant : OFFICE OF THE GENERAL COUNSEL                Case # 050200017762021
Trial Date : Jun 2, 2022                                 Complaint # 003

NOTICE: **If you contest all or part of the claim,** complete this Notice of Intention to Defend and file it with the court listed at the top of this summons no later than 60 days after you receive this summons. You may request a remote hearing. For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.

**ATTENTION CORPORATIONS & LLCs:** this notice must be filed by an attorney, and you must be represented at trial by an attorney. EXCEPTION: where the amount claimed doesn't exceed $5,000.00, corporations may be represented by an officer; LLCs may be represented by a member. Both may be represented by a properly designated employee. See Maryland Annotated Code, Business Occupations and Professions, § 10-206(b)(4) for details.

**To request a foreign language interpreter or a reasonable accommodation under the ADA, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.**

### SEE ATTACHED NOTICE FOR IMPORTANT INFORMATION

I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.
Brief Explanation of defense : _____

___/___/ 20 ___   _____   ( ___ ) _____   ( ___ ) _____
Date                Signature                 Work Phone                    Home Phone

_____
Address/City/State/Zip code

Fax number     e-Mail Address
☐ Check this box if this is a new address.

Case Num.  050200017762021



# DISTRICT COURT OF MARYLAND for Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

## WRIT OF SUMMONS

Defendant: **OFFICE OF THE GENERAL COUNSEL**
Serve On : OFFICE OF THE GENERAL COUNSEL
Address  : 600 5TH STREET, NW, 2ND FL
           WASHINGTON, DC 20001

Date Filed    : Jan 20, 2021
Issue Date    : Feb 14, 2022
Case Number   : 050200017762021
Complaint No. : 003

| **Trial Date** | **: Jun 2, 2022** |
|---|---|
| **Trial Time** | **: 01:15 pm** |
| **Trial Room** | **: 357B** |

You are summoned to appear for trial at the date, time and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within sixty days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY Mar 16, 2022**       **Robert Prender, Administrative Clerk / 5BS**

To Private Process Server :
You are hereby commanded to serve this writ of summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten (10) days following the termination of the validity of the process.

I certify that:
☐ I served a summons by delivery of the complaint and all supporting papers to _____
on date ___/___/20_____ time _____ at location _____
The person I left the papers with acknowledged being: (1) A resident of above listed address; (2)18 years of age or older;
(3) of suitable discretion in that relationship to the defendant is _____
and that; (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I concluded that individual served is of suitable age discretion are: _____
_____ The cost of service is $ _____

Description of the Defendant / Person Served : Race _____ Sex _____ Height _____ Weight _____ Age _____
☐ I was unable to serve because _____
Attempt: _____ Attempt: _____ Attempt: _____ Attempt: _____
I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

_____   _____
            Print Name of Process Server                                   Complete Address of Process Server
Date : ___/___/20_____   Signature : _____   Phone No. _____

CUT HERE ------------------------------------------------------------------------------------------ CUT HERE

## NOTICE OF INTENTION TO DEFEND

Defendant : OFFICE OF THE GENERAL COUNSEL           Case # 050200017762021
Trial Date : Jun 2, 2022                             Complaint # 003

NOTICE: **If you contest all or part of the claim,** complete this Notice of Intention to Defend and file it with the court listed at the top of this summons no later than 60 days after you receive this summons. You may request a remote hearing. For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.

**ATTENTION CORPORATIONS & LLCs:** this notice must be filed by an attorney, and you must be represented at trial by an attorney. EXCEPTION: where the amount claimed doesn't exceed $5,000.00, corporations may be represented by an officer; LLCs may be represented by a member. Both may be represented by a properly designated employee. See Maryland Annotated Code, Business Occupations and Professions, § 10-206(b)(4) for details.

**To request a foreign language interpreter or a reasonable accommodation under the ADA, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.**

### SEE ATTACHED NOTICE FOR IMPORTANT INFORMATION
I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.
Brief Explanation of defense : _____
_____

___/___/20____   _____   (_____)_____   (_____)_____
    Date                Signature              Work Phone                Home Phone

_____   Address/City/State/Zip code
    Fax number        e-Mail Address
☐ Check this box if this is a new address.           Case Num. 050200017762021

# DISTRICT COURT OF MARYLAND FOR Prince George's County

**LOCATED AT (COURT ADDRESS)**
14735 Main Street
Upper Marlboro, MD 20772

**CASE NO.** CV

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☐ $5,000 or under  ☐ over $5,000  ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

see attached

## PARTIES

**Plaintiff**
CARLA SEHBANI
1421 Columbia Rd NW
Washington, D.C. 20009

**VS.**

**Defendant(s):**

1. LESLIE MONIQUE MACK
2011 Oliver Street
Hyattsville, MD 20782
Serve by: ☒ Private Process

2. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 5th Street, NW, Washington, DC 200013
SERVE: Kathleen Carey
Serve by: ☒ Private Process

3. Office of the General Counsel
600 5th Street, NW, 2nd Floor
Washington, DC 20001
Serve by: ☐ Private Process

4. MICHELLE GOMEZ
66 Rycroft Ave
New Carrolton, MD 20784
Serve by: ☒ Private Process

(See Continuation Sheet)

The plaintiff claims $15000, plus interest of $_____, interest at the ☒ legal rate ☐ contractual rate calculated at ____%, from ____ to ____ (____ days x $____ per day) and attorney's fees of $____ plus court costs.

☐ Return of the property and damages of $____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $____ for its detention in action of detinue.
☐ Other: ____
and demands judgment for relief.

/GSPM/ 013533   1512160233
Signature of Plaintiff/Attorney/Attorney Code   CPF ID No

Printed Name: Guy Saint Pol Maydieu, Esq.
Address: 7226 Lee Deforest Drive, Suite 101 Columbia, MD 21046
Telephone Number: (410) 995-1515
Fax: (443) 230-4408
E-mail: gspm@portnerandshure.com

## ATTORNEYS

For Plaintiff - Name, Address, Telephone Number & Code
Guy Saint Pol Maydieu, Esq.  013533
PORTNER & SHURE, P.A.
7226 Lee Deforest Drive, Suite 101
Columbia, Maryland 21046
Phone (410) 995-1515

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No defendant is in the military service. The facts supporting this statement are: ____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☒ I am unable to determine whether or not any defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

01.12.21  01·13·21        /GSPM/
Date                      Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ ____ ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☐ plaintiff ☐ ____ of the plaintiff herein and am competent to testify to the matters stated in this Complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the Complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____   _____
Date                   Signature of Affiant

DC-CV-001 (front) (Rev. 12/2018)

## NOTICE TO DEFENDANT
### Before Trial

**If you agree that you owe the plaintiff the amount claimed,** you may contact the plaintiff (or plaintiff's attorney) before the trial date to arrange payment. **If you wish to contest the claim**, you should notify the clerk's office by filing a Notice of Intent to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date any evidence you want the court to consider. **If you do nothing**, a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)

**IF YOU DISAGREE WITH THE COURT'S RULING,** you may:

1. **APPEAL** to the circuit court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees, DCA-109A), unless the court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, is:
   - **more than $5,000**, you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure, DCA-027BR).
   - **$5,000 or less**, you will have a new trial in the circuit court.

   On your trial date you should bring with you any evidence that you want the court to consider.

2. File a **MOTION FOR A NEW TRIAL** within **10 days** after the entry of judgment, stating your reasons clearly. If the court denies your motion, you may still file an appeal; if the court grants your motion, you must appear in the District Court for a new trial.

3. File a **MOTION TO ALTER OR AMEND THE JUDGMENT** within **10 days** after entry of judgment.

4. File a **MOTION TO REVISE OR VACATE THE JUDGMENT** within **30 days** after entry of judgment.

**IF YOU DECIDE NOT TO APPEAL AND NOT TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the plaintiff or plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the plaintiff or plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Interrogatories:** You must answer these written questions about your income and assets in writing under penalties of perjury.
2. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.
3. **Writ of Execution:** The court may issue a writ requiring the sale or seizure of any of your possessions except, with some exceptions, property that is exempt from execution. The exemptions are explained in detail on the reverse side of the Writ of Execution form, DC-CV-040. Further, the court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.
4. **Garnishment of Property:** The court may issue a writ ordering a bank or other agent to hold your assets until further court proceedings.
5. **Garnishment of Wages:** The court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

**If you have any questions, you should consult an attorney. The clerk of the court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: http://www.mdcourts.gov/district/public_brochures.html.**

### NOTICE TO PLAINTIFF

**REQUESTING A JUDGMENT BY AFFIDAVIT OR DEFAULT:**
Federal Law requires the filing of a military service affidavit. Information about the Servicemembers Civil Relief Act and the required affidavit can be found on the court's website at: http://mdcourts.gov/reference/scra.html.

**AFTER THE COURT ENTERS A JUDGMENT:**
1. If the court enters a judgment for a sum certain, you have the right to file for a lien on real property.
2. If you disagree with the outcome of the case, you have the same post-trial rights as the defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC-CV-001 (back) (Rev. 12/2018)

IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY
Civil Division

| | |
|---|---|
| CARLA SEHBANI<br>1421 Columbia Rd NW<br>Washington, D.C. 20009<br><br>    Plaintiff<br><br>vs.<br><br>LESLIE MONIQUE MACK<br>2011 Oliver Street<br>Hyattsville, MD 20782<br><br>and<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th Street, NW<br>Washington, DC 20001<br>SERVE: Kathleen Carey<br>Office of the General Counsel<br>600 5th Street, NW, 2nd Floor<br>Washington, DC   20001<br><br>and<br><br>MICHELLE GOMEZ<br>66 Rycroft Ave<br>New Carrolton, MD 20784<br><br>    Defendants | *<br>*<br>*<br>*<br>*   CASE NO.:<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\*       \*       \*       \*       \*       \*       \*

## COMPLAINT

NOW COMES the Plaintiff, Carla Sehbani, by her undersigned attorneys, Guy Saint Pol Maydieu, Esq., and Portner & Shure, P.A., and sues Leslie Monique Mack, Washington Metropolitan Area Transit Authority, and Michelle Gomez, Defendants, and says:

1.      Plaintiff Carla Sehbani, (hereinafter "Plaintiff" or "Sehbani") is a resident of the State of Maryland, residing at the address indicated above.

2. Defendant Leslie Monique Mack, (hereinafter "Defendant" or "Mack") is a resident of the State of Maryland, residing at the address indicated above.

3. Defendant Washington Metropolitan Area Transit Authority, hereinafter ("Defendant" or "WMATA") is a Washington D.C., Maryland and Virginia Transit Partnership doing business in the State of Maryland.

4. Defendant Michelle Gomez, (hereinafter "Defendant" or " Gomez ") is a resident of the State of Maryland, residing at the address indicated above.

5. Venue is proper in Prince George's County based on the Defendants' residency.

6. On or about June 25, 2020, the Plaintiff was a passenger on a WMATA bus driven by Defendant Mack.

7. Upon information and belief, at the time of the collision, Defendant Mack was operating the motor vehicle in the course and scope of her employment with WMATA.

8. Defendant Mack was traveling eastbound in the center lane of the 1400 block of Irving Street.

9. At the same time, Defendant Gomez was also traveling eastbound in the left lane of the 1400 block of Irving Street.

10. A collision then occurred between the Defendants' vehicles.

## COUNT I
### Sehbani vs. Mack
### Negligence

Plaintiff hereby incorporates paragraphs 1-10 above as if fully restated herein, and further alleges as follows:

11. Defendant owed a duty to the Plaintiff to exercise due care by: maintaining control of his vehicle, keeping her vehicle at a speed reasonable and prudent under the

circumstances then and there existing; maintaining a proper lookout for Plaintiff's vehicle and others on the road; yielding the right of way; maintaining a safe distance between his vehicle and Plaintiff's vehicle, and obeying the traffic laws, signs and devices relevant hereto, and; to otherwise operate his vehicle in a prudent and careful manner.

12. Defendant breached her duty to the Plaintiff by failing to maintain control of his vehicle, failing to keep his vehicle at a speed reasonable and prudent under the circumstances then and there existing, failing to maintain a proper lookout for Plaintiff's vehicle and others on the road, failing to yield the right of way, failing to maintain a safe distance between his vehicle and Plaintiff's vehicle, failing to avoid an accident when it became apparent or in the exercise of reasonable care, should have become apparent, that by continuing at the same course and speed, an accident would occur, failing to obey the traffic laws, signs and devices relevant hereto, causing a collision, and in otherwise failing to comply with his duty to Plaintiff to operate her vehicle in prudent and careful manner.

13. As a direct and proximate result of the collision between the vehicle driven by the Defendant and the vehicle driven by Plaintiff, the Plaintiff was caused to sustain severe and permanent injury; caused to incur medical bills and expenses; and was caused to endure pain and suffering. Furthermore, Plaintiff was precluded from enjoying her usual employment and other avocations.

14. The injuries, grievances and damages as hereinabove set forth, were caused by the carelessness, negligence, and recklessness of the Defendant as stated herein, without any carelessness or negligence on the part of the Plaintiff contributing thereto.

3

**WHEREFORE**, Plaintiff, Carla Sehbani, brings this action and claims compensatory damages in the amount of Fifteen Thousand Dollars ($15,000.00) from Defendant Leslie Monique Mack, jointly and severally, plus interest, costs of this suit and such other and further relief as the Court may find appropriate.

## COUNT II
### Sehbani vs. WMATA
### Respondeat Superior

Plaintiff hereby incorporates paragraphs 1-14 above as if fully restated herein, and further alleges as follows:

15. Plaintiff is informed and believes, and with such information and belief alleges, that at the time of the careless, negligent and reckless acts and omissions as set forth in this Complaint, Defendant Mack was the employee, agent, servant and/or acting on behalf of Defendant WMATA, and thus acting as Defendant WMATA's employee, agent, servant and/or on its behalf at the time of the accident.

13. As a direct and proximate result of each of the foregoing acts, omissions, and wrongdoing and breach of Defendant Mack, each of which are attributable to Defendant WMATA, the Plaintiff was caused to sustain severe and permanent injury; caused to incur medical bills and expenses; and was caused to endure pain and suffering. Furthermore, the Plaintiff was precluded from enjoying her usual employment and other avocations.

14. The injuries, grievances and damages as hereinabove set forth, were caused by the carelessness, negligence, and recklessness of the Defendant Mack acting on behalf of and in the scope of employment with Defendant WMATA, as stated herein, without any carelessness or negligence on the part of the Plaintiff contributing thereto.

4

WHEREFORE, Plaintiff, Carla Sehbani, brings this action and claims compensatory damages in the amount of Fifteen Thousand Dollars ($15,000.00) from Defendant Washington Metropolitan Area Transit Authority, jointly and severally, plus interest, costs of this suit and such other and further relief as the Court may find appropriate.

### COUNT III
### Sehbani vs. Gomez
### Negligence

Plaintiff hereby incorporates paragraphs 1-14 above as if fully restated herein, and further alleges as follows:

15. Defendant owed a duty to the Plaintiff to exercise due care by: maintaining control of his vehicle, keeping her vehicle at a speed reasonable and prudent under the circumstances then and there existing; maintaining a proper lookout for Plaintiff's vehicle and others on the road; yielding the right of way; maintaining a safe distance between his vehicle and Plaintiff's vehicle, and obeying the traffic laws, signs and devices relevant hereto, and; to otherwise operate his vehicle in a prudent and careful manner.

16. Defendant breached her duty to the Plaintiff by failing to maintain control of his vehicle, failing to keep his vehicle at a speed reasonable and prudent under the circumstances then and there existing, failing to maintain a proper lookout for Plaintiff's vehicle and others on the road, failing to yield the right of way, failing to maintain a safe distance between his vehicle and Plaintiff's vehicle, failing to avoid an accident when it became apparent or in the exercise of reasonable care, should have become apparent, that by continuing at the same course and speed, an accident would occur, failing to obey the traffic laws, signs and devices relevant hereto,

5

**CERTIFICATE OF REDACTION**

Pursuant to Maryland Rule 20-201(f)(1), I hereby certify that the enclosed filings do not contain restricted information.

/GSPM/
Guy Saint Pol Maydieu, Esq.

**IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**
Civil Division

CARLA SEHBANI   *

    Plaintiff                                      *

vs.                                                *   Case No.

LESLIE MONIQUE MACK, et al     *

    Defendants                                *
        *    *    *    *    *    *    *

**NOTICE OF INTENTION TO INTRODUCE MEDICAL RECORDS
PURSUANT TO COURTS & JUDICIAL PROCEEDINGS §10-104**

NOW COMES THE PLAINTIFF, by and through counsel, and according to Maryland Courts and Judicial Proceedings §10-104, hereby certifies that the following records and bills are intended for introduction at trial in the place of live medical testimony, as follows:

| | | |
|---|---|---|
| 1. | Washington Hospital Center (06/25/20) | $ 1,329.77 |
| 2. | DC Fire Department (06/25/20) | $ 434.55 |
| 3. | Medstar Health Physicians Bill (06/25/20) | $ 278.00 |
| 4. | Horizon Wellness<br>06/29/20; 07/01/20; 07/02/20; 07/08/20; 07/10/20;<br>07/13/20; 07/15/20; 07/17/20; 07/20/20; 07/22/20;<br>07/24/20; 07/27/20; 07/29/20; 07/31/20; 08/05/20;<br>08/07/20; 08/10/20; 08/12/20; 08/24/20; 08/31/20; | $ 5,695.00 |

                                                **TOTAL BILLS:**   **$7,737.32**

                                                Respectfully submitted,

                                                /GSPM/
                                        Guy Saint Pol Maydieu, Esq.   013533
                                        PORTNER & SHURE, P.A.
                                        7226 Lee Deforest Drive, Suite 101
                                        Columbia, Maryland 21046
                                        Phone: (410) 995-1515
                                        Fax: (443) 230-4408
                                        CPF No. 1512160233
                                        gspm@portnerandshure.com

causing a collision, and in otherwise failing to comply with his duty to Plaintiff to operate her vehicle in prudent and careful manner.

17. As a direct and proximate result of the collision between the vehicle driven by the Defendant and the vehicle driven by Plaintiff, the Plaintiff was caused to sustain severe and permanent injury; caused to incur medical bills and expenses; and was caused to endure pain and suffering. Furthermore, Plaintiff was precluded from enjoying her usual employment and other avocations.

18. The injuries, grievances and damages as hereinabove set forth, were caused by the carelessness, negligence, and recklessness of the Defendant as stated herein, without any carelessness or negligence on the part of the Plaintiff contributing thereto.

**WHEREFORE**, Plaintiff, Carla Sehbani, brings this action and claims compensatory damages in the amount of Fifteen Thousand Dollars ($15,000.00) from Defendant Michelle Gomez, jointly and severally, plus interest, costs of this suit and such other and further relief as the Court may find appropriate.

Respectfully submitted,

_____/GSPM/_____
Guy Saint Pol Maydieu, Esq.   013533
PORTNER & SHURE, P.A.
7226 Lee Deforest Drive, Suite 101
Columbia, Maryland 21046
Phone: (410) 995-1515
Fax: (443) 230-4408
CPF No. 1512160233
gspm@portnerandshure.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Intention to Introduce Medical Records Pursuant to Courts & Judicial Proceedings §10-104 was served along with a copy of the Complaint upon the Defendant when service of process was perfected.

/GSPM/
Guy Saint Pol Maydieu, Esq.   013533

## CERTIFICATE OF REDACTION

Pursuant to Maryland Rule 20-201(f)(1), I hereby certify that the enclosed filings do not contain restricted information.

/GSPM/
Guy Saint Pol Maydieu, Esq.